```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**RON THOMAS EDDLEMAN**                                                     **PLAINTIFF**

             v.              No. 11-5039

**SHERIFF KEITH FERGUSON, ET AL.**                                       **DEFENDANTS**

### O R D E R

NOW on this 10th day of February 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 11), to which no objections have been filed. The Court, having carefully reviewed the Magistrate Judge's Report and Recommendation, finds that it is sound in all respects and that the same should be, and it hereby is, **adopted *in toto***.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 11) **is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                              **/s/ Jimm Larry Hendren**
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**